**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **DELAWARE DISPLAY GROUP LLC** § <br> **and INNOVATIVE DISPLAY** § <br> **TECHNOLOGIES LLC,** § <br> § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> **LG ELECTRONICS, INC.,** § <br> **LG ELECTRONICS U.S.A., INC.,** § <br> **LG ELECTRONICS MOBILECOMM** § <br> **U.S.A., INC.,LG DISPLAY CO., LTD.,** § <br> **and LG DISPLAY AMERICA, INC.** § <br> § <br> § <br> Defendants. § | **C.A. No. 15-cv-1221-RGA** <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION OF STAY

It is hereby stipulated and agreed by Plaintiffs Delaware Display Group LLC and Innovative Display Technologies LLC ("Plaintiffs") and Defendants LG Electronics, Inc.; LG Electronics U.S.A., Inc.; LG Electronics Mobilecomm U.S.A., Inc., LG Display Co., Ltd.; and LG Display America, Inc. (collectively "Defendants"), subject to the approval of the Court, that the above-styled case be stayed pending the outcome of IPR2015-00487; IPR2015-01717; IPR2015-00506; and IPR2015-01666 (the "IPRs-at-issue").

No later than 30 days following a Final Written Decision in the last of the IPRs-at-issue, the parties agree to meet and confer and provide a joint status report to the Court, including the positions of the parties as to whether the stay shall be lifted or continued. The time for defendants to answer, move, or otherwise respond to the complaint is hereby tolled until two weeks after the stay is lifted.

| | |
|---|---|
| Dated: May 2, 2016 | Respectfully submitted, |
| FARNAN LLP | ROSS ARONSTAM &MORITZ LLP |
| /s/ Brian E. Farnan | /s/ Benjamin J. Schladweiler |
| Brian E. Farnan (Bar No. 4089) | Benjamin J. Schladweiler (#4601) |
| Michael J. Farnan (Bar No. 5165) | 100 S. West Street, Suite 400 |
| 919 North Market Street, 12th Floor | Wilmington, DE 19801 |
| Wilmington, Delaware 19801 | bschladweiler@ramllp.com |
| 302-777-0300 Telephone | |
| 302-777-0301 Facsimile | Jamie B. Beaber |
| bfarnan@farnanlaw.com | Kfir B. Levy |
| mfarnan@farnanlaw.com | Robert G. Pluta |
| | MAYER BROWN LLP |
| Jeffrey R. Bragalone (admitted *pro hac vice*) | 1999 K Street, N.W. |
| Patrick J. Conroy (admitted *pro hac vice*) | Washington, District of Columbia  20006-1101 |
| Justin B. Kimble (admitted *pro hac vice*) | jbeaber@mayerbrown.com |
| Daniel F. Olejko (admitted *pro hac vice*) | klevy@mayerbrown.com |
| T. William Kennedy, Jr. (admitted *pro hac vice*) | rpluta@mayerbrown.com |
| **BRAGALONE CONROY P.C.** | Attorneys for Defendants |
| Chase Tower, | ***LG DISPLAY CO., LTD., LG DISPLAY*** |
| 2200 Ross Ave., Suite 4500W | ***AMERICA, INC., LG ELECTRONICS, INC.,*** |
| Dallas, Texas 75201 | ***AND LG ELECTRONICS U.S.A., INC*** |
| 214-785-6670 Telephone | |
| 214-785-6680 Facsimile | |
| jbragalone@bcpc-law.com | |
| pconroy@bcpc-law.com | |
| jkimble@bcpc-law.com | |
| dolejko@bcpc-law.com | |

Attorneys for Plaintiffs
**DELAWARE DISPLAY GROUP LLC and INNOVATIVE DISPLAY TECHNOLOGIES LLC**

SO ORDERED this _____ day of May, 2016.

 

                                                                                                       United States District Judge