**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **DELAWARE DISPLAY GROUP LLC** and **INNOVATIVE DISPLAY TECHNOLOGIES LLC,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., LG DISPLAY CO., LTD., and LG DISPLAY AMERICA, INC.**<br><br>**Defendants.** | C.A. No. 15-cv-01221-RGA<br><br>JURY TRIAL DEMANDED |

**STIPULATION TO DISMISS**

Under Federal Rule of Civil Procedure 41(a)(2), Plaintiffs Innovative Display Technologies LLC and Delaware Display Group LLC ("Plaintiffs") and Defendants LG Electronics, Inc.; LG Electronics U.S.A., Inc.; LG Electronics Mobilecomm U.S.A., Inc.; LG Display Co., Ltd.; and LG Display America, Inc. (collectively, "Defendants") hereby agree, subject to the approval of the Court, as follows:

1.   The claims for patent infringement brought by Plaintiffs, and the claims and defenses raised by Defendants, shall be dismissed WITH PREJUDICE; and

2.   Each party is to bear its own costs, expenses, and attorneys' fees incurred in this action only, with respect to all claims solely between them.

| | |
|---|---|
| Dated: April 12, 2017 | Respectfully submitted, |
| FARNAN LLP | ROSS ARONSTAM & MORITZ LLP |

/s/ Brian E. Farnan/s/ Benjamin J. Schladweiler

Brian E. Farnan (#4089)David E. Ross (#5228)
919 North Market StreetBenjamin J. Schladweiler (#4601)
12th Floor100 S. West Street, Suite 400
Wilmington, DE 19801Wilmington, DE 19801
Tel: (302) 777-0300(302) 576-1600
bfarnan@farnanlaw.comdross@ramllp.com
bschladweiler@ramllp.com

*Attorneys for Plaintiffs Delaware Display Group LLC and Innovative Display Technologies LLC*

*Attorneys for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., LG Display Co., Ltd., and LG Display America, Inc.*

IT IS SO ORDERED this _____ day of April, 2017.

_____
The Honorable Richard G. Andrews